District Court Robert Cole
Amended

FILED
U.S. District Court
District of Kansas

MAY 19 2026

Clerk, U.S. District Court
By_____ Deputy Clerk

State of Kansas

710 N 7th St.

Kansas City, Ks 66101

V.

Sean Suttington

Po Box 300392

Kansas City, Mo 64130

Case No. 25 Cr 0984

Judge Myers

5/15/2026

2:26-cv-02297-EFM-JBW

Affidavit

28 U.S.C. § 1746 I declare under penalty of perjury under the laws of the united States of America that the foregoing statement is true and correct

**Notice of removal**

**I need all the filings for this case**

1. I Am removing this case to the district court, Robert Cole District Courthouse, due to Jurisdiction; As a People, Midland Disaster Relief of America, signed by secretary of state Kansas, Grantor Sean Suttington, is protected by trust laws and acting in official capacity, seeks relief that isn't available in state jurisdiction, of Wyandotte County, They offer advice but **breach of fiduciar**y duty of not allowing a father and son to bond relationship, 10 year battle as this case has been heard before and I issued a motion **of res preclusion, estoppel** again ignored. 25 DM 359

2. Sovereign immunity is recognized in the state, jurisdiction as I often spoken with sheriff who denies recognizing any laws such as **K.S.A. 9- 2103(6) conservatorship**, as I filed a motion but it's been ignored.

1

District Court Robert Cole
Amended

A. All I ever wanted was to be a father, this case is in the Appeal status, and the transcripts will be delivered to Appeals no later than May 5th, 2026

3. As Father's rights isn't recognized in Wyandotte County, I look to Federal For **constitutional protection**, this case has infringed with **my right to work; right to domicile; right to life and liberty; right to religion, right to raise my son** etc., Also, my son has been denied his right to bond with his father, due to the courts contract laws they use against me as I am subjected and have lost my businesses due to this ambush. I love my son but due to obvious racism and sexism, I am ignored when I motion **for immunity 81-11-12** under the state trust, or the Foreign Sovereign Immunity Act of 1976, or simply my **5th amendment private property protection rights; Due process of fourteenth amendment** being held til' trial forcing my agreement.

1. "The Court notes that the due process clause may require some inquiry into the factual basis where a defendant maintains his innocence at colloquy." North Carolina V. Albird, 400 U.S. 25, 37-39, 91 S. Ct. 160, 167-68, 271.Fd.2d 162 (1970). § 1983 impacts liability upon any person acting under the color of state law who "subjects or causes to be subjected," any person to the deprivation of a federal right." Vingord V. King, 728 F. 2d 428,423 (10th Cir. 1984). "As such liability under §1983 will lie against any person who personally participates in the deprivation of plaintiff." Federal rights .id.; Bennett v. Passic, 545 F. 2d 1260, 1262-63 (10th Cir. 1976); Of. Allen V. Denver Public School Bd., 928 F.2d 978, 983 (10th Cir. 1991)(personal involvement required under §1981); Lee V. Town of Estes Park., 826 F. 2d 1112, 1116 & n. 10th Cir. 1987)(nexus between conduct and

2

District Court Robert Cole
Amended

deprivation required); Croft V. Horder, 730 F. Supp. 342, 353 (D. Kan.

1989)(personal participation sufficient but not necessary under § 1983) aff'd,

927 F. 2d 1163 (10th Cir. 1991).

The Officers of Wyandotte County has been attacking me and my son bond and there's a lot of colored people like myself who are fathers that are incarcerated before trial, it has become a custom; for this type of Due Process, to arrest and hold the accused until the end of trial, which is displacing the children, and punishing the people who are mostly fathers, why are we being accused and not properly served by the services that have been set in place to help the people. In this case you will see the pattern of custom of the county, which has systems in place immediately attacking the people; for example those in the court are all working for the state; the probation office, prosecutor, child support, dcf and immediately come viciously with paper work that will subject the people usurping the power of the people; no mistaking in this case there was nothing in my case to correct any wrongdoing but the officers continue their damages without due diligence and research over some fathers life who is a stranger to them.